7jgmtwoh (7/15)

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

*Bankruptcy Case No.*
15–42318–can7

*In Re:* Kevin David Bush and Sarah Anne Bush
*Debtor*

*Adversary Case No.*
15–04171–can

**Kevin David Bush**
**Sarah Anne Bush**
   Plaintiff(s)

v

**FCBD PSL & NPSL**
**Goal Structured Solutions**
   Defendant(s)

## JUDGMENT

     The issues of this proceeding having been duly considered by the Honorable Cynthia A. Norton , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: 1.Default judgment is entered in favor of the Plaintiffs.
2.The loans held or serviced by the Defendants are not excepted from discharge and were in fact discharged by order of this Court on 11/18/2015.

                               PAIGE WYMORE–WYNN
                               Court Executive

                               By: /s/ Debra Lynn Harden
                                   Deputy Clerk



Date of issuance: 9/15/16

Court to serve